IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr347-MHT |
| | ) | (WO) |
| RICHARD CARL ROWE, III | ) | |

## FORFEITURE MONEY JUDGMENT

This cause comes before the court upon the government's motion for a forfeiture money judgment (doc. no. 16) in the amount of $844,732.00.

Being fully advised of the relevant facts, the court hereby finds that defendant Richard Carl Rowe, III obtained at least $844,732.00 in proceeds from the theft of government money, to which he plead guilty.

Accordingly, it is ORDERED, ADJUDGED and DECREED that, for good cause shown, the government's motion is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, defendant Richard Carl Rowe, III

shall be held liable for a forfeiture money judgment in the amount of $844,732.00.

It is further ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE, this the 4th day of January, 2019.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**